■ In the Matter of Paul Mitchell, Petitioner, v James Bell, as Hearing Officer at Upstate Correctional Facility, Respondent. [736 NYS2d 281] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Superintendent of Upstate Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

The Attorney General has advised this Court that the deter-

mination at issue herein dated April 29, 2000 has been administratively reversed and that all references to the disciplinary hearing have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all of the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see, Matter of Curtis v Goord*, 274 AD2d 808; *Matter of Maldonado v Miller*, 259 AD2d 912).

Crew III, J.P., Peters, Spain, Rose and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.